FILED ___ ENTERED
LODGED ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| JUANITA JOHNSON, | * |
| Plaintiff | * |
| v. | * Case No.: L02CV1124 |
| OUIDA W. HARDING, | * |
| Defendant | * |

## LINE OF DISMISSAL

Madam Clerk:

Please note the above-captioned case as being paid, settled, satisfied and dismissed with prejudice.

Respectfully submitted,
MEYERS, RODBELL & ROSENBAUM, P.A.

By: _____
Paul A. Turkheimer
#TU0596
6801 Kenilworth Avenue, #400
Riverdale, Maryland 20737
Attorneys for Defendants

SCHULTZ AND TROMBLY

By: _____
Kenneth M. Trombly, Esq.
1050 17th Street, NW
Suite 1250
Washington, DC 20036
Attorneys for Plaintiff

Approved this 5th day of November 2002

J. Garvey

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 100 BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE, MARYLAND 20737-1385
(301) 699-5800